UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:24-cr-266 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| SHAMIKA BOHANON, | ) | **ORDER ACCEPTING PLEA,** |
| | ) | **JUDGMENT, AND REFERRAL TO U.S.** |
| Defendant. | ) | **PROBATION OFFICE** |
| | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jennifer Dowdell Armstrong recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 10). This matter was previously referred to the Magistrate Judge with the consent of the parties. (ECF Nos. 2, 7).

On July 31, 2024, the government filed an information that charged Defendant with: (i) six counts of aiding and assisting in the preparation of false tax returns, in violation of 26 U.S.C. § 7206(2) (Counts 1-6); and (ii) three counts of making and subscribing a false tax return, in violation of 26 U.S.C. § 7206(1) (Counts 7-9). (ECF No. 1).

On September 16, 2024, Defendant executed a waiver of indictment. (ECF No. 6). The same day, Magistrate Judge Armstrong held an arraignment/change of plea hearing, during which Defendant entered a plea of guilty to Counts 1 through 9 of the Information. (ECF [non-document] Sept. 16, 2024). On September 17, 2024, Magistrate Judge Armstrong issued a Report and Recommendation ("R&R") recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 10).

1

Any objections to the R&R were due on October 1, 2024.  (*Id.* at PageID #30).  Neither party submitted any objections.

On review of the record, the Court adopts the R&R.  Defendant Shamika Bohanon is found to be competent to enter a plea and to understand her constitutional rights.  She is aware of the charges and of the consequences of entering a guilty plea.  She is also aware of the trial rights she waives/gives up by pleading guilty.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea is accepted.

Therefore, Defendant Bohanon is adjudged guilty of Counts 1, 2, 3, 4, 5, 6, 7, 8, and 9 of the Information, in violation of 26 U.S.C. §§ 7206(1) and 7206(2).  This matter was referred to the U.S. Probation Office for the completion of a presentence investigation and report.  Sentencing will be held on January 22, 2025 at 10:00 a.m. in Courtroom 17A.

**IT IS SO ORDERED.**

Date: October 3, 2024

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**